# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>**ENTRUST ENERGY, INC., ENTRUST ENERGY EAST, INC., and POWER OF TEXAS HOLDINGS, INC.,**<br><br>Debtors | CASE NO.: 21-31070<br><br>CHAPTER 11<br><br>Jointly Administered |
| **[DEBTORS/PLAINTIFFS],**<br><br>Plaintiffs,<br><br>v.<br><br>**SHELL ENERGY NORTH AMERICA (US), L.P. and SHELL TRADING RISK MANAGEMENT, LLC**<br><br>Defendants. | ADV. PROC. NO.: _____ |

## [PROPOSED] ORDER GRANTING THE DEBTORS' MOTION TO FILE DOCUMENT UNDER SEAL

The Court, having considered the Debtors' Motion to File Under Seal, notice of the Motion having been adequate and appropriate under the circumstances, and after due deliberation and sufficient cause appearing therefore, hereby ORDERED that:

1. The Motion is hereby GRANTED;

2. The Debtors are authorized to file under seal an unredacted version of its Complaint;

3. This Order is without prejudice to the rights of any party-in-interest or the U.S. Trustee to seek to unseal the Complaint or any part thereof;

4. Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and

-2-

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____ 2021
Houston, Texas

_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE